# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** CALIFORNIA
### SAN JOSE **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| FAR WESTERN GRAPHICS, INC dba | § | Case No. 16-52108 |
| Denevi Digital dba Fwg/ Print | § | |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Mohamed Poonja, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 730,162.80
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants:  394,010.23

Claims Discharged
Without Payment:  NA

Total Expenses of Administration:  257,957.50

---

3) Total gross receipts of $ 651,967.73  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 651,967.73  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 306,817.00 | $ 936,272.11 | $ 359,248.11 | $ 359,248.11 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 111,263.45 | 111,263.45 | 111,263.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 146,694.05 | 146,694.05 | 146,694.05 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 522,934.50 | 563,342.05 | 549,146.22 | 34,762.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,826,526.24 | 861,461.84 | 861,461.84 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 3,656,277.74 | $ 2,619,033.50 | $ 2,027,813.67 | $ 651,967.73 |

4) This case was originally filed under chapter 11 on 07/21/2016 , and it was converted to chapter 7 on 10/19/2016 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/28/2018     By:/s/Mohamed Poonja

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| *Accounts Receivable | 1121-000 | 13,478.18 |
| *Wells Fargo (xx978) Ending balance on July 21, 2016 | 1129-000 | 10.63 |
| California Bank & Trust DIP Account | 1229-000 | 638,478.92 |
| **TOTAL GROSS RECEIPTS** | | **$651,967.73** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Scotts Valley Bank | | 32,000.00 | NA | NA | 0.00 |
| | Scotts Valley Bank | | 70,000.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Signature Credit Partners | 4110-000 | NA | 577,024.00 | 0.00 | 0.00 |
| | Signature Credit Partners | 4210-000 | 120,000.00 | 40,000.00 | 40,000.00 | 40,000.00 |
| 6 A | Internal Revenue Service | 4300-000 | 84,817.00 | 319,248.11 | 319,248.11 | 319,248.11 |
| TOTAL SECURED CLAIMS | | | $ 306,817.00 | $ 936,272.11 | $ 359,248.11 | $ 359,248.11 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mohamed Poonja | 2100-000 | NA | 35,848.39 | 35,848.39 | 35,848.39 |
| Mohamed Poonja | 2200-000 | NA | 480.03 | 480.03 | 480.03 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 246.61 | 246.61 | 246.61 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 800.00 | 800.00 | 800.00 |
| OFFICE OF THE U. S. TRUSTEE | 2950-000 | NA | 5,200.00 | 5,200.00 | 5,200.00 |
| CALIFORNIA ENVIRONMENTAL & LITHO | 2990-000 | NA | 5,029.00 | 5,029.00 | 5,029.00 |
| DAVID MOTEKAITIS | 2990-000 | NA | 14,049.85 | 14,049.85 | 14,049.85 |
| Rincon Law LLP | 3210-000 | NA | 27,328.00 | 27,328.00 | 27,328.00 |
| Rincon Law LLP | 3220-000 | NA | 718.12 | 718.12 | 718.12 |
| Kokjer, Pierotti Maiocco & Duck LLP | 3410-000 | NA | 9,499.00 | 9,499.00 | 9,499.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kokjer, Pierotti Maiocco & Duck LLP | 3420-000 | NA | 174.91 | 174.91 | 174.91 |
| The Fuller Law Firm, P.C. | 3701-000 | NA | 11,889.54 | 11,889.54 | 11,889.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 111,263.45 | $ 111,263.45 | $ 111,263.45 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRIAN TESTO ASSOCIATES, LLC | 6620-000 | NA | 30,000.00 | 30,000.00 | 30,000.00 |
| Leonard Family Limited Partnership | 6920-000 | NA | 98,444.79 | 98,444.79 | 98,444.79 |
| Employment Development Department | 6990-000 | NA | 18,249.26 | 18,249.26 | 18,249.26 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 146,694.05 | $ 146,694.05 | $ 146,694.05 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Development Department | | 17,633.02 | NA | NA | 0.00 |
| | Employment Development Department | | 15,442.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Development Department | | 17,478.47 | NA | NA | 0.00 |
| 26 | Sandra De La Serna | 5300-000 | NA | 3,858.72 | 3,858.72 | 3,858.72 |
| 27 | Timothy R. Garland | 5300-000 | NA | 20,149.75 | 4,560.55 | 4,560.55 |
| | Employment Development Department | 5800-000 | NA | NA | 521.98 | 521.98 |
| 16 A | Employment Development Department | 5800-000 | 13,286.96 | 91,564.07 | 91,564.07 | 4,235.74 |
| 2 | FRANCHISE TAX BOARD | 5800-000 | NA | 821.92 | 821.92 | 38.02 |
| | FUTA (ER/EE) FIT MEDI FICA | 5800-000 | NA | NA | 871.39 | 871.39 |
| 6 B | Internal Revenue Service | 5800-000 | 274,223.59 | 213,067.52 | 213,067.52 | 9,856.47 |
| 10 A | STATE BOARD OF EQUALIZATION | 5800-000 | 184,870.46 | 233,880.07 | 233,880.07 | 10,819.25 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 522,934.50 | $ 563,342.05 | $ 549,146.22 | $ 34,762.12 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accents and Artech | | 314.22 | NA | NA | 0.00 |
| | Ad Specialty Solutions LLC | | 1,630.00 | NA | NA | 0.00 |
| | Ameripride Uniform Services | | 1,502.04 | NA | NA | 0.00 |
| | Ann Hight | | 75,000.00 | NA | NA | 0.00 |
| | Atlantic Credit and Finance | | 35,956.09 | NA | NA | 0.00 |
| | Bond, Schoeneck, & King | | 0.00 | NA | NA | 0.00 |
| | Chris Hayashida | | 2,100.00 | NA | NA | 0.00 |
| | City of Sunnyvale | | 7,315.71 | NA | NA | 0.00 |
| | CPS | | 619.00 | NA | NA | 0.00 |
| | David and Serena Motekaitis | | 1,704,707.15 | NA | NA | 0.00 |
| | Denevi Video Reflections | | 2,962.87 | NA | NA | 0.00 |
| | DPS | | 8,016.64 | NA | NA | 0.00 |
| | Eckley Lombardi LLP | | 11,823.91 | NA | NA | 0.00 |
| | Fedex Freight West, Inc. | | 6,032.79 | NA | NA | 0.00 |
| | Financial Control Solutions | | 0.00 | NA | NA | 0.00 |
| | First Alarm | | 864.00 | NA | NA | 0.00 |
| | FSM Marketing Group, Inc | | 150.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jaeckle, Fleischman & Mugel | | 4,103.59 | NA | NA | 0.00 |
| | James Nickels | | 2,458.00 | NA | NA | 0.00 |
| | Jesus Molina Engineering | | 852.60 | NA | NA | 0.00 |
| | Leeds World | | 1,086.08 | NA | NA | 0.00 |
| | Leonard Family Partnership, LP | | 38,000.00 | NA | NA | 0.00 |
| | Northwestern Laminating | | 368.00 | NA | NA | 0.00 |
| | On Demand Machinery | | 285.00 | NA | NA | 0.00 |
| | On Line Bindery | | 1,800.00 | NA | NA | 0.00 |
| | Orbus-Exhibit and Display Group | | 3,542.00 | NA | NA | 0.00 |
| | Pacific Material Handling Solutions Yale | | 1,133.02 | NA | NA | 0.00 |
| | Roadrunner Transportation Services | | 668.00 | NA | NA | 0.00 |
| | Serena Motekaitis | | 6,627.60 | NA | NA | 0.00 |
| | Shaun Vetter | | 110.00 | NA | NA | 0.00 |
| | Sierra Office Supplies | | 4,950.00 | NA | NA | 0.00 |
| | Speed Press | | 3,280.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 8)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Taylor Motekaitis |  | 10,800.00 | NA | NA | 0.00 |
|  | Union Bank |  | 3,712.41 | NA | NA | 0.00 |
|  | Veritiv |  | 21,576.23 | NA | NA | 0.00 |
|  | Videojet Technologies, Inc. |  | 9,771.09 | NA | NA | 0.00 |
|  | Wells Fargo Bank |  | 2,329.80 | NA | NA | 0.00 |
| 11 | Bay Digital | 7100-000 | 2,613.00 | 2,013.00 | 2,013.00 | 0.00 |
| 8 | Berliner Cohen, Llp | 7100-000 | 3,977.21 | 3,977.21 | 3,977.21 | 0.00 |
| 1 | Better Mouse Pads | 7100-000 | 4,612.09 | 5,112.09 | 5,112.09 | 0.00 |
| 16 C | Employment Development Department | 7100-000 | NA | 300.31 | 300.31 | 0.00 |
| 15 | Fujifilm North America Corporation | 7100-000 | 4,236.97 | 8,949.63 | 8,949.63 | 0.00 |
| 22 | Leonard Family Limited Partnership | 7100-000 | 197,000.00 | 260,888.33 | 260,888.33 | 0.00 |
| 23 | Leonard Family Limited Partnership | 7100-000 | 302,386.99 | 327,669.49 | 327,669.49 | 0.00 |
| 5 | Oec Graphics, Inc. | 7100-000 | 510.00 | 510.00 | 510.00 | 0.00 |
| 21 | Printers Services | 7100-000 | 13,617.17 | 12,542.83 | 12,542.83 | 0.00 |
| 24 | Sandra De La Serna | 7100-000 | NA | 20,820.95 | 20,820.95 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Sandra De La Serna | 7100-000 | 40,000.00 | 55,000.00 | 55,000.00 | 0.00 |
| 13 | Spicers Paper Company | 7100-000 | NA | 846.27 | 846.27 | 0.00 |
| 10 C | State Board Of Equalization | 7100-000 | NA | 5,384.29 | 5,384.29 | 0.00 |
| 12 | Uline Shipping Supplies | 7100-000 | 2,149.60 | 3,741.90 | 3,741.90 | 0.00 |
| 4 | Unisource Worldwide A Veritiv Co. | 7100-000 | NA | 20,943.99 | 20,943.99 | 0.00 |
| 18 | United Parcel Service | 7100-000 | NA | 265.72 | 265.72 | 0.00 |
| 7 | United Parcel Service (Freight) | 7100-000 | NA | 505.46 | 505.46 | 0.00 |
| 14 | Xerox Corporation | 7100-000 | 200.00 | 42,422.82 | 42,422.82 | 0.00 |
| 3 | Xpedx, A Veritiv Co. | 7100-000 | 1,874.40 | 1,874.40 | 1,874.40 | 0.00 |
| 16 B | Employment Development Department | 7300-000 | 27,221.05 | 23,396.71 | 23,396.71 | 0.00 |
| 6 C | Internal Reveuue Service | 7300-000 | 249,679.92 | 31,690.10 | 31,690.10 | 0.00 |
| 10 B | STATE BOARD OF EQUALIZATION | 7300-000 | NA | 32,606.34 | 32,606.34 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,826,526.24 | $ 861,461.84 | $ 861,461.84 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-52108 | SLJ | Judge: | Stephen L. Johnson | Trustee Name: | Mohamed Poonja |
| Case Name: | FAR WESTERN GRAPHICS, INC dba Denevi Digital dba Fwg/ Print | | | | Date Filed (f) or Converted (c): | 10/19/2016 (c) |
| | | | | | 341(a) Meeting Date: | 11/17/2016 |
| For Period Ending: | 03/28/2018 | | | | Claims Bar Date: | 02/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  California Bank & Trust DIP Account  (u) | 0.00 | 638,478.92 | | 638,478.92 | FA |
| 2.  *Wells Fargo (xx978) Ending balance on July 21, 2016 | 0.00 | 10.63 | | 10.63 | FA |
| 3.  *Wells Fargo (Analyzed Business; Acct XX960)) Account levied | 0.00 | 0.00 | | 0.00 | FA |
| 4.  *Union Bank (Acct XX 883) Est. Bal July 21, 2016 | 0.00 | 0.00 | | 0.00 | FA |
| 5.  *Bank of America | 125,000.00 | 0.00 | | 0.00 | FA |
| 6.  *PG&E deposit from 2-21-2013 (does not include interest) | 25,895.00 | 0.00 | | 0.00 | FA |
| 7.  *Protech Deposit (Phone system) refundable | 3,000.00 | 0.00 | | 0.00 | FA |
| 8.  *1998 Ford F-250 Debtor's residence Estimated liquidation va | 2,800.00 | 0.00 | | 0.00 | FA |
| 9.  *2008 Chevrolet Express Cargo | 5,500.00 | 0.00 | | 0.00 | FA |
| 10.  *2006 GMC Savana Cargo | 4,000.00 | 0.00 | | 0.00 | FA |
| 11.  *Machinery and Equiqment Appraisal value of theProperty of F | 258,550.00 | 0.00 | | 0.00 | FA |
| 12.  *1998 Manroland MDL 706 Offset Press and 1996 Manroland MDL | 180,000.00 | 0.00 | | 0.00 | FA |
| 13.  *2010 Xerox MDL IGENS 3 Plus YVC-3 $22K) and all receivables | 62,000.00 | 0.00 | | 0.00 | FA |
| 14.  *Accounts Receivable | 274,446.35 | 13,478.18 | | 13,478.18 | FA |
| 15.  *Office Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 16.  *Preference Cause of Action IRS | 61,417.80 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,004,609.15    $651,967.73    $651,967.73    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2016

This case was converted from Chapter 11 to Chapter 7 on 10/19/2016.

Collected funds from DIP Account after lot of issues with the Bank which was not familiar with the turnover of funds to Chapter 7 trustee

*Exhibit 8*

Had several telephone conversations with the Debtor's RI Serena Motekaitis re status on accounts receivable etc

Met with Dave Motekaitis

2017

Objection (Trustee's Limited Objection to Application for Compensation of The Fuller Law Firm PC) (RE: related document(s)Application for Compensation). Filed by Trustee Mohamed Poonja (Kleiner, Gregg) (Entered: 01/05/2017)

Request for Entry of Default Re: (Request for Entry of Order Authorizing Trustee to Settle Dispute Related to Auction Proceeds and Surcharge of Secured Creditor (Signature Credit Partners, LLC)) (RE: related document(s) Motion to Approve Document, Opportunity for Hearing,  Certificate of Service, Declaration,  Declaration). Filed by Trustee Mohamed Poonja (Attachments: # Declaration of Gregg S. Kleiner) (Kleiner, Gregg) (Entered: 01/11/2017)

Order Approving Agreement to Settle Dispute Related to Auction Proceeds and Surcharge of Secured Creditor (Related Doc # ) (yw) (Entered: 01/17/2017)

Hearing Held (related document(s):  Application for Compensation of Fees: $36,812.00 & Reimbursement of Expenses: $831.54 Filed by The Fuller Law Firm, P.C.) (Appearances: Lars Fuller applicant and Gregg Kleiner for trustee) the court overrules objection by trustee, application approved, counsel may upload an order, the trustee requested that the Order reflect the retainer being held. (tb ) (Entered: 01/25/2017)

Order on Final Application for Compensation (Related Doc # ). fees awarded: $36812.00, expenses awarded: $831.54 for Lars T. Fuller (yw) (Entered: 02/03/2017)

Withdrawal of Claim: 9 Filed by Creditor Signature Credit Partners . (yw) (Entered: 02/06/2017)

Interim Application for Compensation (First Interim Application of Rincon Law LLP for Compensation and Expense Reimbursement as Counsel for Chapter 7 Trustee) for Gregg S. Kleiner, Trustee's Attorney, Fee: $22,287.00, Expenses: $511.45. Filed by Attorney Gregg S. Kleiner (Attachments: #  Declaration of Gregg S. Kleiner) (Kleiner, Gregg) (Entered: 03/28/2017)

Notice of Hearing (Notice of Hearing on Application for Interim Compensation and Expense Reimbursement by Counsel for Chapter 7 Trustee) (RE: related document(s) Interim Application for Compensation (First Interim Application of Rincon Law LLP for Compensation and Expense Reimbursement as Counsel for Chapter 7 Trustee) for Gregg S. Kleiner, Trustee's Attorney, Fee: $22,287.00, Expenses: $511.45. Filed by Attorney Gregg S. Kleiner (Attachments: # 1 Declaration of Gregg S. Kleiner)). Hearing scheduled for 5/3/2017 at 01:30 PM at San Jose Courtroom 3099 - Johnson. Filed by Trustee Mohamed Poonja (Kleiner, Gregg) (Entered: 03/28/2017)

Adversary Case Closed 5:16-ap-5069. (kd) (Entered: 04/04/2017)

Hearing Held (related document(s):  Application for Compensation filed by Gregg S. Kleiner, Mohamed Poonja) Appearance: Gregg Kleiner, Trustee's Attorney. Fees approved in the amount of $22,287.00 and expenses approved in the amount $511.45. Counsel may upload an order. (al ) (Entered: 05/04/2017)

Order Approving First Interim Application of Rincon Law LLP for Compensation and Expense Reimbursement as Counsel for Chapter 7 Trustee (Related Doc # ). fees awarded: $22287.00, expenses awarded: $511.45 for Gregg S. Kleiner (yw) (Entered: 05/04/2017)

Objection to Claim No. 27 (Timothy Garland) Filed by Trustee Mohamed Poonja. (Kleiner, Gregg) (Entered: 05/05/2017)

Notice and Opportunity for Hearing on Objection to Claim No. 27 (Timothy Garland) (RE: related document(s) Objection to Claim No. 27 (Timothy Garland) Filed by Trustee Mohamed Poonja.). Filed by Trustee Mohamed Poonja (Kleiner, Gregg) (Entered: 05/05/2017)

Withdrawal of Documents (Withdrawal of Objection to Claim No. 27 (Timothy Garland)) (RE: related document(s) Objection to Claim). Filed by Trustee Mohamed Poonja (Kleiner, Gregg) (Entered: 05/15/2017)

Final Application for Compensation (Second and Final Application of Rincon Law LLP for Compensation and Expense Reimbursement as Counsel for Chapter 7 Trustee) for Rincon Law LLP, Trustee's Attorney, Fee: $4,684, Expenses: $206.67. Filed by Trustee Attorney Rincon Law LLP (Attachments: #  Declaration of Gregg S. Kleiner) (Kleiner, Gregg) (Entered: 06/20/2017)

Application for Compensation for Richard L. Pierotti, Trustee's Accountant, Fee: $9,499.00, Expenses: $174.91. Filed by Trustee Accountant Richard L. Pierotti (Attachments:

Case: 16-52108    Doc# 158    Filed: 04/10/18    Entered: 04/10/18 12:35:21    Page 12 of 23

Exhibit 8

#  Certificate of Service) (Pierotti, Richard) (Entered: 07/06/2017)

Amended Second and Final Application for Compensation (Amended Second and Final Application of Rincon Law LLP for Compensation and Expense Reimbursement as Counsel for Chapter 7 Trustee) for Rincon Law LLP, Trustee's Attorney, Fee: $5,041, Expenses: $206.67. Filed by Trustee Attorney Rincon Law LLP (Attachments: #  Declaration of Gregg S. Kleiner) (Kleiner, Gregg) CORRECTIVE ENTRY: Clerk modified docket text to reflect information contained in PDF. Modified on 9/26/2017 (myt). (Entered: 09/22/2017)

OUTSTANDING MATTERS

Finalize claims review

File TFR by 11/30/2017

2017

The Debtor's amended schedules shows the total assets as $998,566.94 but this is inclusive of the bank accounts which were overdrawn as follows :
This effectively  reduces the overall value of the assets. EPIQ .net program does not permit the entry of a negative petition value.

| | |
|---|---|
| Wells Fargo Bank XXX 978 | $ [1,574.87] |
| Wells Fargo Bank XXX 960 | $ [  754.93] |
| Union Bank       XXX 883 | $ [3,712.41] |
| | |
| Total Overdraft | $ [ 6,042.21] |

Reconciliation

Assets per Debtor's amended schedules  $  998,566.94
Add back overdraft reduction                  $      6,042.21
Assets per Form 1                                     $1,004,609.15   This is the correct way to show it as the overdraft cannot be offset against other assets
EPIQ. net program does not allow negative balances in petition values

TFR Submitted to UST 11/20/2017

RE PROP #          2   --   At Chapter 11 petition date 07/21/2016 WFB showed an overdraft of - $ 1,574.87;
                                    EPIQ .net does not accept negative petition value therefore it is shown as ZERO

                                    08/22/2016  Docket #  43
                                    (20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule
                                    E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western
                                    Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars)
                                    CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified
                                    on 8/23/2016 (yw). (Entered: 08/22/2016)

Exhibit 8

RE PROP #    3   --   This account was levied by IRS secured creditor. At Chapter 11 petition date 07/21/2016
WFB showed an overdraft of - $ 754.93;
EPIQ .net does not accept negative petition value therefore it is shown as ZERO

08/22/2016  Docket # 43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule
E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western
Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars)
CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified
on 8/23/2016 (yw). (Entered: 08/22/2016)

RE PROP #    4   --   At Chapter 11 petition date 07/21/2016 Union Bank  showed an overdraft
of - $ 3,712.41
EPIQ .net does not accept negative petition value therefore it is shown as ZERO

08/22/2016  Docket # 43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule
E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western
Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars)
CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified
on 8/23/2016 (yw). (Entered: 08/22/2016)

RE PROP #    5   --   These funds were transferred by Debtor during Chapter 11 from Bank of America to
California Bank & Trust DIP Account

08/22/2016  Docket # 43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule
E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western
Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars)
CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified
on 8/23/2016 (yw). (Entered: 08/22/2016)

RE PROP #    6   --   According to Debtor PGE had off set against the amount owed to them.

08/22/2016  Docket # 43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule
E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western
Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars)
CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified
on 8/23/2016 (yw). (Entered: 08/22/2016)

RE PROP #    7   --   This was not collectible as the vendor alleged that the Debtor was in breach of contract
by cancelling the contract

08/22/2016  Docket # 43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule
E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western
Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars)
CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified
on 8/23/2016 (yw). (Entered: 08/22/2016)

RE PROP #    8   --   This was sold at the Auction during Chapter 11 for $1,400.00

08/22/2016  Docket # 43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule
E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western
Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars)
CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified
on 8/23/2016 (yw). (Entered: 08/22/2016)

RE PROP #          9   --   This was sold at the Auction during Chapter 11 for $4,750.00

Exhibit 8

08/22/2016  Docket #  43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule
E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western
Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars)
CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified
on 8/23/2016 (yw). (Entered: 08/22/2016)

RE PROP #          10  --   This was sold at the Auction during Chapter 11 for $3,400

08/22/2016  Docket #  43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule
E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western
Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars)
CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified
on 8/23/2016 (yw). (Entered: 08/22/2016)

RE PROP #          11  --   This was sold at the Auction during Chapter 11. The funds were deposited by Debtor
                            into the DIP Account at California Bank & Trust see Asset # 1

Machinery and Equiqment Appraisal value of the Property of Far Western Graphics, Inc.
of $500,550 (Per Appraisal by Brian Testo Associates, LLC, AMEA Certified appraiser
for SV Business Capital, divisin of Scotts valley Bank as of July 6, 2016)  less 62K for
Xerox MDL subj to prior lien to Scotts Valley and 180K subj to prior lien to Signature
Partners, LLC

08/22/2016  Docket #  43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule
E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western
Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars)
CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified
on 8/23/2016 (yw). (Entered: 08/22/2016)

RE PROP #          12  --   This was sold at the Auction during Chapter 11 as follows:
                            1998 Manroland $60,000
                            1996 Manroland $16,000

The funds were deposited by Debtor into the DIP Account at California Bank & Trust
see Asset # 1

08/22/2016  Docket #  43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule
E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western
Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars)
CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified
on 8/23/2016 (yw). (Entered: 08/22/2016)

Exhibit 8

RE PROP #     13  --   2010 Xerox MDL IGENS 3 Plus was sold at the auction during Chapter 11.

Per Schedule note 2010 Xerox MDL IGENS 3 Plus YVC-3 $22K) and all receivables relating to its use est at 40K  Sold at auction during Chapter 11

The funds were deposited by Debtor into the DIP Account at California Bank & Trust see Asset # 1

08/22/2016  Docket #  43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars) CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified on 8/23/2016 (yw). (Entered: 08/22/2016)

RE PROP #     14  --   These accounts receivable were being factored  and the lender had a security interest. The Trustee collected $13,478.18 accounts receivable from Scott Valley Bank the accounts receivable factoring lender and Santa Clara County Office of Education

08/22/2016  Docket #  43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars) CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified on 8/22/2016 (yw). (Entered: 08/22/2016) Accounts Receivable increased from $227,366.45 to $274,446.35

RE PROP #     15  --   Conference table, 8 chairs and 12 cubicies and 2 desks

08/22/2016  Docket #  43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars) CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified on 8/22/2016 (yw). (Entered: 08/22/2016)

RE PROP #     16  --   Preference Cause of action against IRS to recover preference payment of $26,968.41 for levy against payroll account on July 20, 2016 and other preference payments

IRS had a secured interest and Trustee evaluated this action and withdrew it

08/22/2016  Docket #  43
(20 pgs; 2 docs) Amended Schedule A/B, Amended Schedule D, AMENDED Schedule E/F, AMENDMENTS TO SCHEDULES Fee Amount $30. Filed by Debtor Far Western Graphics, Inc. (Attachments: # 1 Declaration Amendment to Schedules) (Fuller, Lars) CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO MATCH PDF. Modified on 8/23/2016 (yw). (Entered: 08/22/2016)

Initial Projected Date of Final Report (TFR): 06/30/2018          Current Projected Date of Final Report (TFR): 11/30/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-52108 | |
| Case Name: FAR WESTERN GRAPHICS, INC dba Denevi Digital dba Fwg/ Print | |

| | |
|---|---|
| Trustee Name: Mohamed Poonja | |
| Bank Name: Union Bank | |
| Account Number/CD#: XXXXXX0557 | |
| Checking | |

| | |
|---|---|
| Taxpayer ID No: XX-XXX3688 | |
| For Period Ending: 03/28/2018 | |

| | |
|---|---|
| Blanket Bond (per case limit): $80,123,810.00 | |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/16 | 1 | California Bank Trust | Closed Bank Account | 1229-000 | $638,478.92 | | $638,478.92 |
| 11/20/16 | 2 | WELLS FARGO BANK N.A. P.O. Box 5104 Sioux Falls, SD 57117-5104 | Closed Bank Account | 1129-000 | $10.63 | | $638,489.55 |
| 12/17/16 | 1001 | MOTEKAITIS, DAVID | Court Order 12/7/2016 FWG Clean Up | 2990-000 | | $10,429.94 | $628,059.61 |
| 12/17/16 | 1002 | CALIFORNIA ENVIRONMENTAL & LITHO 2106 Adams Avenue San Leandro CA 94577 | Invoice 22415 Court Order 12/7/2016 | 2990-000 | | $5,029.00 | $623,030.61 |
| 12/27/16 | 14 | Scott Vally Bank P.O. Box 69 Yreka, CA 96097 | Accounts Receivable | 1121-000 | $9,766.92 | | $632,797.53 |
| 01/03/17 | 14 | Santa Clara County Office of Education 1290 Ridder Park Drive San Jose, CA 95131 | Accounts Receivable | 1121-000 | $2,098.88 | | $634,896.41 |
| 01/09/17 | 1003 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | 2017 Bond Payments | 2300-000 | | $246.61 | $634,649.80 |
| 01/12/17 | 14 | SV Business Capital 2001 Gateway Place Suite 135 E San Jose CA 95110 | Accounts Receivable | 1121-000 | $1,612.38 | | $636,262.18 |
| 01/18/17 | 1004 | DAVID MOTEKAITIS 2642 Heritage Park Circle, San Jose Ca. 95132 | Clean up Costs Order 12/7/2016 | 2990-000 | | $2,041.06 | $634,221.12 |
| 02/20/17 | 1005 | Signature Credit Partners Attention: Kyle Ross 15301 Ventura Blvd, Suite 400 Sherman Oaks, Ca 91403 | Court Order January 16, 2017 | 4210-000 | | $40,000.00 | $594,221.12 |
| 05/10/17 | 1006 | RINCON LAW LLP 268 BUSH STREET, SUITE 3335 SAN FRANCISCO CA 94104 | Ist Interim Fees Order 5/4/2017 | 3210-000 | | $22,287.00 | $571,934.12 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*   $65,187.73   $80,033.61

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-52108

Case Name: FAR WESTERN GRAPHICS, INC dba Denevi Digital dba Fwg/ Print

Trustee Name: Mohamed Poonja

Bank Name: Union Bank

Account Number/CD#: XXXXXX0557

Checking

Taxpayer ID No: XX-XXX3688

For Period Ending: 03/28/2018

Blanket Bond (per case limit): $80,123,810.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/10/17 | 1007 | RINCON LAW LLP 268 BUSH STREET, SUITE 3335 SAN FRANCISCO CA 94104 | 1 st Interim Expenses Court Order 5/4/2017 | 3220-000 | | $511.45 | $571,422.67 |
| 01/30/18 | 1008 | Mohamed Poonja Citibank NA P.O. Box 78005 Phoenix AZ 85062-8005 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $35,848.39 | $535,574.28 |
| 01/30/18 | 1009 | Mohamed Poonja Citibank NA P.O. Box 78005 Phoenix AZ 85062-8005 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $480.03 | $535,094.25 |
| 01/30/18 | 1010 | FRANCHISE TAX BOARD Special Procedures PO Box 2952 Sacramento, CA 95812-2952 | Final distribution to claim 28 representing a payment of 100.00 % per court order. | 2820-000 | | $800.00 | $534,294.25 |
| 01/30/18 | 1011 | OFFICE OF THE U. S. TRUSTEE 280 S FIRST ST SUITE 268 SAN JOSE, CA 95113-0002 | Claim # 30 QTR Fees | 2950-000 | | $5,200.00 | $529,094.25 |
| 01/30/18 | 1012 | DAVID MOTEKAITIS 2642 Heritage Park Circle, San Jose Ca. 95132 | 100% Distributed | 2990-000 | | $1,578.85 | $527,515.40 |
| 01/30/18 | 1013 | Rincon Law LLP RINCON LAW LLP Attention: Gregg Kleiner Esq 268 Bush Street, Suite 3335 San Francisco, California 94104 | Final distribution representing a payment of 18.45 % per court order. | 3210-000 | | $5,041.00 | $522,474.40 |
| 01/30/18 | 1014 | Rincon Law LLP 268 Bush Street, Suite 3335 San Francisco, California 94104 | Final distribution representing a payment of 28.78 % per court order. | 3220-000 | | $206.67 | $522,267.73 |
| 01/30/18 | 1015 | Kokjer, Pierotti Maiocco & Duck LLP 333 Pine Street, 5th Floor San Francisco, California 94104 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $9,499.00 | $512,768.73 |
| 01/30/18 | 1016 | Kokjer, Pierotti Maiocco & Duck LLP 333 Pine Street, 5th Floor San Francisco, California 94104 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $174.91 | $512,593.82 |

Case: 16-52108    Doc# 158    Filed: 04/10/18    Entered: 04/10/18 12:35:21    Page 18 of 23

$59,340.30

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-52108

Case Name: FAR WESTERN GRAPHICS, INC dba Denevi Digital dba Fwg/ Print

Taxpayer ID No: XX-XXX3688

For Period Ending: 03/28/2018

Trustee Name: Mohamed Poonja

Bank Name: Union Bank

Account Number/CD#: XXXXXX0557

Checking

Blanket Bond (per case limit): $80,123,810.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/18 | 1017 | The Fuller Law Firm, P.C. <B>(Administrative)</B> 60 No. Keeble Ave. San Jose, Ca 95126 (408) 295-5595 | Final distribution to claim 20 representing a payment of 100.00 % per court order. | 3701-000 | | $11,889.54 | $500,704.28 |
| 01/30/18 | 1018 | BRIAN TESTO ASSOCIATES, LLC 21208 Costanso St. Suite #1 Woodland Hills, CA 91364 | Auctioneer Expenses & Costs Order 12.20.2016 | 6620-000 | | $30,000.00 | $470,704.28 |
| 01/30/18 | 1019 | Leonard Family Limited Partnership Binder And Malter Llp Julie H. Rome-Banks 2775 Park Avenue Santa Clara, Ca 95050 | Final distribution to claim 19 representing a payment of 100.00 % per court order. | 6920-000 | | $98,444.79 | $372,259.49 |
| 01/30/18 | 1020 | Employment Development Department Bankruptcy Group MIC 92E, PO BOX 826880 Sacramento, CA 95814 | Final distribution to claim 17 representing a payment of 100.00 % per court order. | 6990-000 | | $18,249.26 | $354,010.23 |
| 01/30/18 | 1021 | Sandra De La Serna 375 Patton Avenue San Jose, Ca 95128 | Final distribution to claim 26 representing a payment of 100.00 % per court order. | 5300-000 | | $2,174.39 | $351,835.84 |
| 01/30/18 | 1022 | Timothy R. Garland 3546 Kilo Ave San Jose, Ca 95124 | Final distribution to claim 27 representing a payment of 100.00 % per court order. | 5300-000 | | $2,569.87 | $349,265.97 |
| 01/30/18 | 1023 | EMPLOYMENT DEVT DEPT. BK GROUP | Final distribution representing a payment of 100.00 % per court order. | 5300-000 | | $45.61 | $349,220.36 |
| 01/30/18 | 1024 | EMPLOYMENT DEVT DEPT. BK GROUP | Final distribution representing a payment of 100.00 % per court order. | 5300-000 | | $38.59 | $349,181.77 |
| 01/30/18 | 1025 | EMPLOYMENT DEVT DEPT. BK GROUP | Final distribution representing a payment of 100.00 % per court order. | 5300-000 | | $270.11 | $348,911.66 |
| 01/30/18 | 1026 | EMPLOYMENT DEVT DEPT. BK GROUP | Final distribution representing a payment of 100.00 % per court order. | 5300-000 | | $319.24 | $348,592.42 |
| 01/30/18 | | FUTA (ER/EE) FIT MEDI FICA | Outgoing Wire Transfer | 5300-000 | | $1,276.95 | $347,315.47 |
| 01/30/18 | | FUTA (ER/EE) FIT MEDI FICA | Outgoing Wire Transfer | 5300-000 | | $1,080.44 | $346,235.03 |

Case: 16-52108    Doc# 158    Filed: 04/10/18    Entered: 04/10/18 12:35:21    Page 19 of 23

$166,358.79

$0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-52108

Case Name: FAR WESTERN GRAPHICS, INC dba Denevi Digital dba Fwg/ Print

Trustee Name: Mohamed Poonja

Bank Name: Union Bank

Account Number/CD#: XXXXXX0557

Checking

Exhibit 9

Taxpayer ID No: XX-XXX3688

For Period Ending: 03/28/2018

Blanket Bond (per case limit): $80,123,810.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/18 | | FUTA (ER/EE) FIT MEDI FICA | Outgoing Wire Transfer | 5300-000 | | $282.75 | $345,952.28 |
| 01/30/18 | | FUTA (ER/EE) FIT MEDI FICA | Outgoing Wire Transfer | 5300-000 | | $239.24 | $345,713.04 |
| 01/30/18 | | FUTA (ER/EE) FIT MEDI FICA | Outgoing Wire Transfer | 5300-000 | | $66.13 | $345,646.91 |
| 01/30/18 | | FUTA (ER/EE) FIT MEDI FICA | Outgoing Wire Transfer | 5300-000 | | $55.95 | $345,590.96 |
| 01/30/18 | 1027 | Employment Development Department BANKRUPTCY GROUP MIC 92E P.O. BOX 826880 SACRAMENTO, CA 94280-0001 | Final distribution representing a payment of 100.00 % per court order. | 5800-000 | | $239.24 | $345,351.72 |
| 01/30/18 | 1028 | Employment Development Department BANKRUPTCY GROUP MIC 92E P.O. BOX 826880 SACRAMENTO, CA 94280-0001 | Final distribution representing a payment of 100.00 % per court order. | 5800-000 | | $282.74 | $345,068.98 |
| 01/30/18 | | FUTA (ER/EE) FIT MEDI FICA 445 South Figueroa Street G08-070 Los Angeles, CA 90071 | Outgoing Wire Transfer | 5800-000 | | $104.19 | $344,964.79 |
| 01/30/18 | | FUTA (ER/EE) FIT MEDI FICA 445 South Figueroa Street G08-070 Los Angeles, CA 90071 | Outgoing Wire Transfer | 5800-000 | | $123.13 | $344,841.66 |
| 01/30/18 | | FUTA (ER/EE) FIT MEDI FICA 445 South Figueroa Street G08-070 Los Angeles, CA 90071 | Outgoing Wire Transfer | 5800-000 | | $282.75 | $344,558.91 |
| 01/30/18 | | FUTA (ER/EE) FIT MEDI FICA 445 South Figueroa Street G08-070 Los Angeles, CA 90071 | Outgoing Wire Transfer | 5800-000 | | $239.24 | $344,319.67 |
| 01/30/18 | | FUTA (ER/EE) FIT MEDI FICA 445 South Figueroa Street G08-070 Los Angeles, CA 90071 | Outgoing Wire Transfer | 5800-000 | | $66.13 | $344,253.54 |

$1,981.49

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-52108

Case Name: FAR WESTERN GRAPHICS, INC dba Denevi Digital dba Fwg/ Print

Trustee Name: Mohamed Poonja

Bank Name: Union Bank

Account Number/CD#: XXXXXX0557

Checking

Taxpayer ID No: XX-XXX3688

For Period Ending: 03/28/2018

Blanket Bond (per case limit): $80,123,810.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/18 | | FUTA (ER/EE) FIT MEDI FICA 445 South Figueroa Street G08-070 Los Angeles, CA 90071 | Outgoing Wire Transfer | 5800-000 | | $55.95 | $344,197.59 |
| 01/30/18 | 1029 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | Final distribution to claim 2 representing a payment of 63.82 % per court order. | 5800-000 | | $524.54 | $343,673.05 |
| 01/30/18 | 1030 | Internal Revenue Service P O Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 6 representing a payment of 63.82 % per court order. | 5800-000 | | $135,977.68 | $207,695.37 |
| 01/30/18 | 1031 | STATE BOARD OF EQUALIZATION SPECIAL OPERATIONS BRANCH, MIC:55 PO BOX 942879 SACRAMENTO, CA 94279-0055 | Final distribution to claim 10 representing a payment of 63.82 % per court order. | 5800-000 | | $149,260.05 | $58,435.32 |
| 01/30/18 | 1032 | Employment Development Department Bankruptcy Group MIC 92E, PO BOX 826880 Sacramento, CA 95814 | Final distribution to claim 16 representing a payment of 63.82 % per court order. | 5800-000 | | $58,435.32 | $0.00 |
| 01/31/18 | 1029 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | Final distribution to claim 2 representing a payment of 63.82 % per court order. Reversal | 5800-000 | | ($524.54) | $524.54 |
| 01/31/18 | 1030 | Internal Revenue Service P O Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 6 representing a payment of 63.82 % per court order. Reversal | 5800-000 | | ($135,977.68) | $136,502.22 |
| 01/31/18 | 1031 | STATE BOARD OF EQUALIZATION SPECIAL OPERATIONS BRANCH, MIC:55 PO BOX 942879 SACRAMENTO, CA 94279-0055 | Final distribution to claim 10 representing a payment of 63.82 % per court order. Reversal | 5800-000 | | ($149,260.05) | $285,762.27 |
| 01/31/18 | 1032 | Employment Development Department Bankruptcy Group MIC 92E, PO BOX 826880 Sacramento, CA 95814 | Final distribution to claim 16 representing a payment of 63.82 % per court order. Reversal | 5800-000 | | ($58,435.32) | $344,197.59 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-52108

Case Name: FAR WESTERN GRAPHICS, INC dba Denevi Digital dba Fwg/ Print

Taxpayer ID No: XX-XXX3688

For Period Ending: 03/28/2018

Trustee Name: Mohamed Poonja

Bank Name: Union Bank

Account Number/CD#: XXXXXX0557

Checking

Blanket Bond (per case limit): $80,123,810.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/18 | 1033 | Internal Revenue Service P O Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | 4300-000 | | $319,248.11 | $24,949.48 |
| 01/31/18 | 1034 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | Final distribution to claim 2 representing a payment of 4.63 % per court order. | 5800-000 | | $38.02 | $24,911.46 |
| 01/31/18 | 1035 | Internal Revenue Service P O Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 6 representing a payment of 4.63 % per court order. | 5800-000 | | $9,856.47 | $15,054.99 |
| 01/31/18 | 1036 | STATE BOARD OF EQUALIZATION SPECIAL OPERATIONS BRANCH, MIC:55 PO BOX 942879 SACRAMENTO, CA 94279-0055 | Final distribution to claim 10 representing a payment of 4.63 % per court order. | 5800-000 | | $10,819.25 | $4,235.74 |
| 01/31/18 | 1037 | Employment Development Department Bankruptcy Group MIC 92E, PO BOX 826880 Sacramento, CA 95814 | Final distribution to claim 16 representing a payment of 4.63 % per court order. | 5800-000 | | $4,235.74 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $651,967.73 | $651,967.73 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $651,967.73 | $651,967.73 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $651,967.73 | $651,967.73 |

Case: 16-52108   Doc# 158   Filed: 04/10/18   Entered: 04/10/18 12:35:21   Page 22 of 23

$344,197.59

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0557 - Checking | $651,967.73 | $651,967.73 | $0.00 |
| | $651,967.73 | $651,967.73 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $651,967.73 |
| Total Gross Receipts: | $651,967.73 |

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*